IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

TREMONT WILLIAMS, #1186796,     )
        Petitioner,          )
                            )
v.                         )          3:08-CV-0394-B
                            )
NATHANIEL QUARTERMAN, Texas     )
Departmentof Criminal Justice,        )
Correctional Institutions Division,     )
        Respondent.         )

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

      United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and

a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de*

*novo* review of those portions of the proposed findings and recommendation to which objection

was made. The objections are overruled, and the Court accepts the Findings, Conclusions and

Recommendation of the United States Magistrate Judge.

      SO ORDERED this __23rd__ day of __January__, 2008.

                            _____

                            JANE J. BOYLE
                            UNITED STATES DISTRICT JUDGE